**Opinion issued July 24, 2014**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-13-00465-CR

_____

**ANDREW GWYN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 178th District Court**
**Harris County, Texas**
**Trial Court Case No. 1336763**

## MEMORANDUM OPINION

On June 2, 2014, appellant, Andrew Gwyn, filed a motion to dismiss this appeal. The motion to dismiss complies with Texas Rule of Appellate Procedure 42.2(a) and no prior decision has issued in this case. *See* TEX. R. APP. P. 42.2(a).

Accordingly, we grant the motion and dismiss this appeal. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).